**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MYRON BASS**                                                                                              **PLAINTIFF**

**V.**                                       **CASE NO. 3:05-CV-00045 GTE**

**KENNETH GREEN**                                                                                     **DEFENDANT**

## ORDER ADMINISTRATIVELY TERMINATING CASE

On December 14, 2005, a Notice of Bankruptcy was filed notifying the Court and Plaintiff that the Defendant Kenneth Green filed for Chapter 13 Bankruptcy protection on May 27, 2005. This is the first notice this Court has had that Mr. Green had filed for bankruptcy protection. This case was opened on March 28, 2005, following a transfer here from the Western District of Tennessee. Defendant on August 29, 2005 filed a Motion for Default Judgment and on December 19, 2005 he filed a request for a hearing on damages. This Court has no knowledge regarding whether Plaintiff had notice of the Defendant's bankruptcy proceeding prior to filing post-bankruptcy pleadings in this case.

Plaintiff is hereby advised that he is prohibited from taking any further action to collect a pre-petition (prior to the filing of bankruptcy) debt against Defendant unless and until he receives permission to do so from the Bankruptcy Judge proceeding over Mr. Green's bankruptcy proceeding.

Because of the pending bankruptcy proceeding, this matter will be administratively terminated. The Clerk is directed to administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry

- 1 -

- 2 -

of any stipulation, order, or for any other purpose required to obtain a final determination of the litigation.  Provided however, this case will not be reopened unless within 60 days of the final disposition of this matter or the proceedings in Bankruptcy Court for the Eastern District of Arkansas, Jonesboro Division, Case No. 3:05-bk-16924, an application to reopen is filed herein by one or more parties to this action.  If no such motion to reopen is filed within said 60 day period this order shall be deemed a dismissal with prejudice of all claims made in this case.

    IT IS SO ORDERED this 21st day of December, 2005.

                                                 _/s/Garnett Thomas Eisele_____
                                                 UNITED STATES DISTRICT JUDGE